83,451-01

To whom it may CONCERN:
My 11.07 habeus Corpus was transferred to this Court on 6-15-2015. I have yet to recieve an answer and would like to known if it has been ruled on yet please.

Thank you,

Denzel Collier #1753903
Barry Telford unit
3899 St. Hwy 98
New Boston, TX. 75570

Tr. Ct. No. 10-11-12681-CR(1)

RECEIVED IN
COURT OF CRIMINAL APPEALS

OCT 05 2015

Abel Acosta, Clerk